# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

ANGELA MARIE HAWK,

      Plaintiff,

  v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

Case No. 1:20-cv-81
**JUDGE DOUGLAS R. COLE**
Magistrate Judge Stephanie Bowman

## ORDER

On February 1, 2021, Magistrate Judge Bowman issued a Report and Recommendation (the "R&R") (Doc. 12) recommending that Defendant's decision be found to be **SUPPORTED BY SUBSTANTIAL EVIDENCE**, and **AFFIRMED**, and that this case be **CLOSED.** The R&R advised the parties that failing to object within 14 days would constitute a forfeiture of the right to review. (R&R at #1617 (first citing *Thomas v. Arn*, 474 U.S. 140 (1985); then *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981))).

Now, the time period for objection has run, and no party has objected. 28 U.S.C. § 636(b)(1)(C). "There is no indication that Congress, in enacting § 636(b)(1)(C), intended to require a district judge to review a magistrate's report to which no objections are filed." *Thomas*, 474 U.S. at 152; *see also Berskhire v. Beauvais*, 928 F.3d 520, 530–31 (6th Cir. 2019) (noting "fail[ure] to file an objection to the magistrate judge's R&R … is forfeiture"). Thus, the Court **ADOPTS** Magistrate Judge Bowman's R&R (Doc. 12), which finds the Defendant's decision to be **SUPPORTED BY**

**SUBSTANTIAL EVIDENCE**, and **AFFIRMED**, and **DIRECTS** the Clerk to enter judgment accordingly.

    **SO ORDERED.**

February 26, 2021
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**